**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEPHEN LEE LEWIS**                                                           **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-00936-BSM**

**USABLE MUTUAL INSURANCE**
**COMPANY d/b/a Arkansas Blue**
**Cross and Blue Shield**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE